IC

**RECEIVED**

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

JUL 23 2026

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois  ☑

_____Eastern_____ Division

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:26-cv-08757
Judge Sara L. Ellis
Magistrate Judge Maria Valdez
Random/Cat 2

Case No. _____

(to be filled in by the Clerk's Office)

Evalena Flores )
_____ )
_Plaintiff(s)_ )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
)
)
Detective Zeigman, Berwyn Police, )
_Max Shreffer, 606 Realty_ )
_Defendant(s)_ )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.) )

Jury Trial: (check one)  ☑Yes  ☐No

Official Seal
MADELINE SANDERS
Notary Public, State of Illinois
Commission No. 809018
My Commission Expires August 26, 2028

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | Evalena Flores | | |
| Address | 1245 So. Michigan Ave, Suite 171 | | |
| | Chicago | IL | 60605 |
| | *City* | *State* | *Zip Code* |
| County | Cook | | |
| Telephone Number | 312-363-7150 | | |
| E-Mail Address | | | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | Detective Zeigman, Berwyn Police | | |
| Job or Title *(if known)* | Officer | | |
| Address | 6401 31st Street | | |
| | Berwyn | IL | 60402 |
| | *City* | *State* | *Zip Code* |
| County | Cook | | |
| Telephone Number | 708-795-5600 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity  ☑ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | Max Shreffer - C/O 606 Realty | | |
| Job or Title *(if known)* | Resident Manager | | |
| Address | 4653 N Milwaukee Ave | | |
| | Chicago | IL | 60630 |
| | *City* | *State* | *Zip Code* |
| County | Cook | | |
| Telephone Number | 773-205-8300 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity  ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

_____
City       State       Zip Code

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

_____
City       State       Zip Code

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The plaintiff's 4th Amendment Rights were violated due to the use of excessive force, and unreasonable search and seizure.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.   *Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed.*

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

The events occured at the property maintained by 606 Realty and their agent Max Shreffer. The apartment was legally occupied by the plaintiff at the time of altercation with defendants.

B.   What date and approximate time did the events giving rise to your claim(s) occur?

The events occured on February 13th 2026 at approxiamately midday.

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Police

I was legally occupying the apartment and the Property manager called Berwyn ~~Police~~ to evicted the plaintiff. Even though plaintiff showed valid proof, Officer/Detective Zeigman used excessive force and caused plaintiff injuries and anguish.

The entire event was initiated by Max Shreffer of 606 Realty. He was fully aware of the status of my occupancy. The event happened after someone called Max Shreffer and urged him to have the plaintiff evicted.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The plaintiff sustained bruises on her torso, as well as injuries on her body as a result of falling. This was caused by Detective Zeigman exhibiting excess force against the plaintiff (Evalena Flores)

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

*The plaintiff is seeking damages in the amount of 1,000,000 dollars (One Million) U.S. The plaintiff has* experienced both physical and emotional suffering as a result of the events of February 13th 2026. The basis for the claim is that under the color of law, Officer Zeigman abused his authority by exerting excessive and unecessary force.

The plaintiff continues to experince emotional and physical stress as a result of the altercation

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        06/16/2026

| | |
|---|---|
| Signature of Plaintiff | Electronic Signature (Evalena Flores) |
| Printed Name of Plaintiff | Evalena Flores |

### B.    For Attorneys

Date of signing:        06/16/2026

| | | | |
|---|---|---|---|
| Signature of Attorney | Electronic Signature (Preston Gresham, Certified Paralegal) | | |
| Printed Name of Attorney | Preston Gresham | | |
| Bar Number | Pending | | |
| Name of Law Firm | Harriet Tubman Intitiative | | |
| Address | 1245 So. Michigan Ave, Suite 171 | | |
| | Chicago | IL | 60605 |
| | *City* | *State* | *Zip Code* |
| Telephone Number | (312) 505-9651 | | |
| E-mail Address | dynamicparalegal@gmail.com | | |

Official Seal
MADELINE SANDERS
Notary Public, State of Illinois
Commission No. 809018
My Commission Expires August 26, 2028